IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>5.<br><br>HUGHES ELEVATOR CAB CO., INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 05-3704 |

## ORDER

**AND NOW**, this 12th day of August, 2009, upon consideration of Plaintiffs' Motion for Entry of Final Judgment and Plaintiffs' Motion for Attorney's Fees and Costs (Docket No. 29, filed Feb. 4, 2009), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Attorney's Fees and Costs is **GRANTED** in the amount of $13,319.50;

2. Final Judgment is **GRANTED** for Plaintiffs in the amount of $43,783.56, and the Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.

1